**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02662-BNB

JERRY LEWIS DEDRICK,

    Plaintiff,

v.

J. M. WILNER, Warden,
BUREAU OF PRISONS,
BIGREEN WOOD, AHSA,
B. CINK, P.A.,
MRS. REICHERT, P.A., and
L. MILUS NIC-AW, et al.,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's request to serve summons (Doc. No. 17) and motion to subpoena witnesses (Doc. No. 19), filed January 4, 2010, are DENIED as premature. Plaintiff's motion to amend a defendant (Doc. No. 13), also filed on January 4, is DENIED as unnecessary and inappropriate.

Dated: January 8, 2010