IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02662-CMA-MJW

JERRY LEWIS DEDRICK,

    Plaintiff,
v.

J. M. WILNER, Warden,
B. GREENWOOD, AHSA,
B. CINK, P.A.,
MRS. REICHERT, P.A., and
L. MILUSNIC, A.W., et al.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 20 2010

GREGORY C. LANGHAM
                     CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after

service of process on the defendants.

Dated: April 20, 2010

                              BY THE COURT:

                              s/ Michael J. Watanabe
                              UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02662-CMA-MJW

Jerry Lewis Dedrick
Reg. No. 27140-180
USP – Florence
PO Box 7000
Florence, CO 81226

US Marshal Service
Service Clerk
Service forms for: J.M. Wilner, B. Greenwood,
B. Cink, Mrs. Reichert, and L. Milusnic

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

United States Attorney General  - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on J.M. Wilner, B. Greenwood, B. Cink, Mrs. Reichert, and L. Milusnic; to United States Attorney General; and to the United States Attorney's Office: AMENDED COMPLAINT FILED 12/04/09, ORDER FILED 01/25/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 4/20/10.

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk