IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02662-CMA-MJW

JERRY LEWIS DEDRICK,

Plaintiff(s),

v.

J. M. WILNER, et al.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the plaintiff's "NOTICE" motion for service on the defendants (Docket No. 39) is denied as moot in view of this court's Order Granting Service by United States Marshal (Docket No. 40). It is further

**ORDERED** that the Plaintiff's Motion for Subpoena (Docket No. 42) is denied as premature. No hearing or trial dates have been set in this case for which subpoenas should be issued at this time.

Date: April 20, 2010