IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02662-CMA-MJW

JERRY LEWIS DEDRICK,

Plaintiff(s),

v.

J. M. WILNER, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby **ORDERED** that the plaintiff's "Notice of Consideration" (Docket No. 48) is granted to the extent that the exhibits submitted therewith will be considered by the court when it reviews the plaintiff's motion for summary judgment. A report and recommendation on the plaintiff's motion for summary judgment will be issued by this court in due course after defendants have appeared and been provided an opportunity to respond to the summary judgment motion.

Date: April 23, 2010