IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-02662-CMA-MJW

JERRY LEWIS DEDRICK,

    Plaintiff,
v.

J. M. WILNER, Warden,
B. GREENWOOD, AHSA,
B. CINK, P.A.,
MRS. REICHERT, P.A., and
L. MILUSNIC, A.W., et al.,

    Defendants

FEDERAL BUREAU OF PRISONS,

    Interested Party.

---

## ORDER ADOPTING AND AFFIRMING MAY 19, 2010 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

---

The above-entitled and numbered civil action was referred to United States Magistrate Judge Michael J. Watanabe pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b). (Doc. # 40.) On May 19, 2010, the Magistrate Judge issued a Report and Recommendation, recommending that Plaintiff's Request for Immediate Help (Doc. # 38) be denied. (Doc. # 59 at 7.) Plaintiff, proceeding *pro se*, filed objections to the Report and Recommendation. (Doc. # 60.) However, Plaintiff merely asserts the same arguments that he presented in response to a Notice that Non-Party Federal Bureau of Prisons had submitted in response to Plaintiff's Request for

Immediate Help. (Notice at Doc. # 54; Plaintiff's Notice of Response and Response at Doc. ## 57 and 58.)

The Court has conducted a *de novo* review of this matter, which included the careful review of all relevant pleadings, the Recommendation, Plaintiff's "Motion to Objections to Recommendation on Plaintiff's Request for Immediate Help (Doc. # 58)" (Doc. # 60), "Response by Federal Bureau of Prisons to Plaintiff's Objections to Recommendation [Doc. #60]" (Doc. #67), and "Plaintiff's Response & Reply to Defendant's Response by Federal Bureau of Prisons to Plaintiff's Objections to Recommendation [Doc. 60]" (Doc. #68). The Court finds that Plaintiff fails to raise any new issues of law or fact warranting a result different from that reached by Magistrate Judge Watanabe in his Recommendation.

The Court also finds Plaintiff's objections are without merit. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby AFFIRMS and ADOPTS the Recommendation of the United States Magistrate Judge as the findings and conclusions of this Court.

Accordingly, IT IS ORDERED that:

(1) The May 19, 2010 Recommendation of Magistrate Judge Michael J. Watanabe (Doc. # 59) is AFFIRMED and ADOPTED; and

(2) Plaintiff's "Request for Immediate Help" (Doc. #38) is DENIED.

DATED: June  21 , 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge