IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02662-CMA-MJW

JERRY LEWIS DEDRICK,

Plaintiff,

v.

J. M. WILNER, Warden,
B. GREENWOOD, AHSA,
B. CINK, P.A.,
REICHER, Mrs., P.A., and
L. MILUSNIC, AW,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that Defendants' Motion to Stay Discovery **(Docket No. 93)** is **granted**. Accordingly, all discovery in this matter is stayed pending resolution of the pending motion to dismiss (Docket No. 77) and motions for summary judgment (Docket Nos. 18 and 89). It is thus further

**ORDERED** that the plaintiff's Motion for Court Order Compelling Production of Defendants' Personnel File **(Docket No. 78)** is **denied without prejudice** based upon the stay of discovery and because such motion to compel is premature. Plaintiff has not sought these personnel files through a formal discovery request prior to filing this motion to compel. It is further

**ORDERED** that the Plaintiff's Motion for Subpoena **(Docket No. 79)** is **denied without prejudice** based upon the stay of discovery and substantially for the reasons stated in the defendants' response thereto (Docket No. 94). It is further

**ORDERED** that the plaintiff's Motion for Preliminary Hearing **(Docket No. 29)** is **denied without prejudice**. Unless otherwise ordered by the court, the motions that remain pending after this Minute Order will be heard on the papers submitted without a hearing.

Date: August 25, 2010