IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02662-CMA-MJW

JERRY LEWIS DEDRICK,

Plaintiff,

v.

J. M. WILNER, Warden,
B. GREENWOOD, AHSA,
B. CINK, P.A.,
REICHER, Mrs., P.A., and
L. MILUSNIC, AW,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the Defendants' Motion to Strike Plaintiff's Motion for Summary Judgment [Doc. 18] **(Docket No. 107)** is **granted**, finding good cause shown.

As correctly asserted by the moving defendants, plaintiff's motion for summary judgment (Docket No. 18) does not comply with the court's Civil Practice Standards. In particular, it does not contain the required "Statement of Undisputed Material Fact" with specific references to the record that support the plaintiff's claim. Consequently, as the plaintiff's motion currently stands, the defendants are unable to comply with the Practice Standards in responding to the motion. Furthermore, plaintiff's "Statement of Facts" is intermixed with legal argument and conclusory statements, thereby making it difficult for the defendants to respond in a meaningful manner.

Although a *pro se* litigant's pleadings and filings are interpreted liberally, "[t]he Tenth Circuit has cautioned that *pro se* litigants 'must follow the same rules of procedure that govern other litigants.'" Hafed v. Federal Bureau of Prisons, 2009 WL 367783, at *1 (D. Colo. Feb. 13, 2009) (quoting Green v. Dorrell, 969 F.2d 915, 917 (10th Cir. 1992)). It is thus hereby

**ORDERED** that the Plaintiff's Motion for Summary Judgment and Order **(Docket No. 18)** is **stricken**.

Date: September 14, 2010