IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02662-CMA-MJW

JERRY LEWIS DEDRICK,

    Plaintiff,
v.

J. M. WILNER, Warden,
B. GREENWOOD, AHSA,
B. CINK, P.A.,
MRS. REICHERT, P.A., and
L. MILUSNIC, A.W., et al.,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC -8 2010

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis* and previously granted service by the United States Marshal. (Docket No. 44). On May 27, 2010, a Process Receipt and Return was filed concerning attempted service upon defendant B. Greenwood. (Docket No. 63). That document indicates that personal service could not be effected upon defendant Greenwood because the U.S. Marshal was unable to locate defendant Greenwood. (Docket No. 63). The document further indicates that the defendant is "[n]ow working at FCC Coleman." (Docket No. 63). It thus hereby

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from defendant B. Greenwood. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant

to 28 U.S.C. § 1915, and all other orders upon defendant B. Greenwood at FCC Coleman. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that defendant B. Greenwood or his counsel shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant.

Dated: December 7, 2010

BY THE COURT:

s/ Michael J. Watanabe
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02662-CMA-MJW

Jerry Lewis Dedrick
Reg. No. 27140-180
USP – Florence
PO Box 7000
Florence, CO 81226

US Marshal Service
Service Clerk
Service forms for: B. Greenwood

Susan B. Prose
Assistant U.S. Attorney
United States Attorney's Office
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on B. Greenwood: AMENDED COMPLAINT FILED 12/04/09, ORDER FILED 01/25/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on December 8, 2010.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk