**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02662-CMA-MJW

JERRY LEWIS DEDRICK,

    Plaintiff,
v.

J. M. WILNER, Warden,
B. GREENWOOD, AHSA,
B. CINK, P.A.,
MRS. REICHERT, P.A., and
L. MILUSNIC, A.W., et al.,

    Defendants

FEDERAL BUREAU OF PRISONS,

    Interested Party.

---

**ORDER ADOPTING AND AFFIRMING DECEMBER 29, 2010 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on Plaintiff's Motion for a Temporary Restraining Order (Doc. # 130), filed November 19, 2010. The motion was referred to Magistrate Judge Michael J. Watanabe for a Recommendation by Order of Reference dated November 24, 2010. Magistrate Judge Watanabe issued a Recommendation (Doc. # 139) on December 29, 2010 that the above-referenced motion be denied. (Recommendation at 6.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B), Fed.R.Civ.P. 72(b).

The Recommendation advised the parties that specific written objections were due within 14 days after being served with a copy of the Recommendation. (Recommendation at 7.) Plaintiff filed a "Notice" (Doc. # 142) on January 7, 2011, stating, in part, that "Plaintiff will not 'contest' the Report and Recommendation of the United States Magistrate Judge Michael J. Watanabe (Doc. No. 139)." The Court finds that the Magistrate Judge's recommendation is correct and should be accepted, without objection. Accordingly, it is

ORDERED that the Recommendation of United States Magistrate Judge is accepted. It is

FURTHER ORDERED that Plaintiff's Motion for Temporary Retraining Order (Doc. # 130) is DENIED.

DATED: January   11  , 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States Magistrate Judge